**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 585 MAL 2022

                Respondent          :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court
             v.                   :

                                :

CHAD EARL FRANTZ,             :

                Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 11th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.